CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
RUIZ & SPEROW, LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988

Attorneys for Respondent SAN RAFAEL CITY SCHOOLS

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICE OF ADMINISTRATIVE HEARINGS, <br><br> Defendants, <br><br> and <br><br> T.M., a minor, <br><br> Real Party in Interest. | Case No. C07-04702 <br><br> (California State Office of Administrative Hearings – Special Education Division No. N2007050679) <br><br> **PROOF OF SERVICE SUMMONS, COMPLAINT, etc. ON T.M., a Minor, Real Party in Interest** |

//
//
//
//
//
//
//
//

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     Gretchen Trupiano    DATE 9/18/2007 |
| Name of SERVER: Gretchen Trupiano    TITLE: Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Per emailed instructions attached, sent by U.S. mail to counsel for real party in interest

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/18/2007
Date

Signature of Server: Gretchen Trupiano

Address of Server: Ruiz + Sperow LLP
2000 Powell St #1655
Emeryville, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**From:** Pegthelawyer@aol.com [mailto:Pegthelawyer@aol.com]
**Sent:** Sunday, September 16, 2007 3:20 PM
**To:** David Lyon
**Subject:** Re: 9194 Mellor appeal

I will accept service by regular mail.  We can discuss the particulars once I read the complaint.

Peggy Broussard