1  CELIA M. RUIZ, SBN 87671
   DAVID E. LYON, SBN 133065
2  RUIZ & SPEROW, LLP
   2000 Powell Street, No. 1655
3  Emeryville, CA 94608
   Telephone: 510 594-7980
4  Fax: 510 594-7988

5  Attorneys for Respondent SAN RAFAEL CITY SCHOOLS

6
7
8           UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF CALIFORNIA
9
10
11

12  SAN RAFAEL CITY SCHOOLS,           ) Case No. C07-04702
                                       )
13          Plaintiff,                 ) (California State Office of
                                       ) Administrative Hearings -- Special
14  vs.                                ) Education Division No. N2007050679)
                                       )
15  OFFICE OF ADMINISTRATIVE           ) **PROOF OF SERVICE**
    HEARINGS,                          ) **SUMMONS, COMPLAINT, etc. ON**
16                                     ) **OFFICE OF ADMINISTRATIVE**
            Defendants,                ) **HEARINGS**
17                                     )
            and                        )
18                                     )
    T.M., a minor,                     )
19                                     )
            Real Party in Interest.    )
20  _____    )

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE: Gretchen Trupaino, September 19, 2007

Name of SERVER: Gretchen Trupiano   TITLE: secretary

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   by U.S. Mail, pursuant to telephonic agreement, see attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   19 September 2007
Date

Signature of Server

Ruiz & Sperow, LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

CELIA M. RUIZ
JANICE L. SPEROW
ALISON C. NEUFELD
MARION L. McWILLIAMS
NICHOLAS T. CALDERON
DAVID E. LYON
LYNDON Y. CHEE
P. BOBBY SHUKLA
RENEÉ SÁNCHEZ
OK-HEE SHIM
OLUWASEUN AJAYI - LAW CLERK
MATTHEW M. NAKANO - LAW CLERK
MARIA DELGADO - LAW CLERK
JASMINE KIAI - LAW CLERK

OF COUNSEL:
C. MATTHEW DIDALEUSKY

**RUIZ & SPEROW, LLP**

WATERGATE TOWER III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
(510) 594-7980
FAX (510) 594-7988
http://www.ruizlaw.com
E-MAIL: RUIZLAW@RUIZLAW.COM

4305 BEVERLY DRIVE
LA MESA, CA 91941-7818
(619) 741-7593
FAX (619) 741-7594

OUR FILE NUMBER:
(9194)

September 19, 2007

*Via U.S. Mail*

Office of Administrative Hearings
Special Education Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231

    Re:    San Rafael City Schools, Plaintiff, vs. Office of Administrative Hearings, Defendants, and T.M., a minor, Real Party in Interest
U.S.D.C. N.Ca Case No. C07-04702 WHA; [OAH No. N2007050679]

To Whom It May Concern:

Enclosed with this letter -- pursuant to this afternoon's telephone conversation with Mr. Hector Portillo [spelling] of your office, in which he affirmed to me your office will accept service of process by mail -- are the following documents:

Civil Cover Sheet
Summons
Complaint
Welcome to the U.S. District Court, San Francisco
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Order for all Judges of the Northern District of California
Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup
Public Notice
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
blank Consent to Proceed Before a United States Magistrate Judge form
ECF Registration Information Handout

                            Very truly yours,

                            **Ruiz & Sperow, LLP**

                            Gretchen Trupiano, secretary

enc.