## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Powell Street, Suite 1655, Emeryville, California 94608. On September 19, 2007, I caused the following document(s) in case number C07-04702, referred to as *San Rafael City Schools, Plaintiff, vs. Office of Administrative Hearings, Defendants, and T.M., a minor, Real Party in Interest* to be served by the method indicated below:

Proof of Service Summons, Complaint, etc. on Office of Administrative Hearings

Proof of Service Summons, Complaint, etc. on T.M., a Minor, Real Party in Interest

☐   by transmitting via facsimile on this date from fax number 510-594-7988 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Emeryville, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐   by transmitting via email to the person(s) at the email address(es) listed below.

Margaret Broussard
Law Office
7909 Walerga Road, Suite 112, PMB 1157
Antelope, CA 95843

Office of Administrative Hearings
Special Education Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 19, 2007, at Emeryville, California.

_____
Gretchen Trupiano

CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
RUIZ & SPEROW, LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988

Attorneys for Respondent SAN RAFAEL CITY SCHOOLS

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendants,<br><br>and<br><br>T.M., a minor,<br><br>    Real Party in Interest. | Case No. C07-04702<br><br>(California State Office of Administrative Hearings – Special Education Division No. N2007050679)<br><br>**PROOF OF SERVICE SUMMONS, COMPLAINT, etc. ON OFFICE OF ADMINISTRATIVE HEARINGS** |

//
//
//
//
//
//
//
//

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  DATE  Gretchen Trupaino, September 19, 2007 |
| Name of SERVER: Gretchen Trupaino    TITLE: secretary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  by U.S. Mail, pursuant to telephonic agreement, see attached

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  19 September 2007
              Date

Signature of Server

Ruiz & Sperow, LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

CELIA M. RUIZ
JANICE L. SPEROW
ALISON C. NEUFELD
MARION L. McWILLIAMS
NICHOLAS T. CALDERON
DAVID E. LYON
LYNDON Y. CHEE
P. BOBBY SHUKLA
RENEÉ SÁNCHEZ
OK-HEE SHIM
OLUWASEUN AJAYI - LAW CLERK
MATTHEW M. NAKANO - LAW CLERK
MARIA DELGADO - LAW CLERK
JASMINE KIAI - LAW CLERK

OF COUNSEL:
C. MATTHEW DIDALEUSKY

**RUIZ & SPEROW, LLP**

WATERGATE TOWER III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
(510) 594-7980
FAX (510) 594-7988
http://www.ruizlaw.com
E-MAIL: RUIZLAW@RUIZLAW.COM

4305 BEVERLY DRIVE
LA MESA, CA 91941-7818
(619) 741-7593
FAX (619) 741-7594

OUR FILE NUMBER:
(9194)

September 19, 2007

*Via U.S. Mail*

Office of Administrative Hearings
Special Education Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231

    Re:    San Rafael City Schools, Plaintiff, vs. Office of Administrative Hearings, Defendants, and T.M., a minor, Real Party in Interest
U.S.D.C. N.Ca Case No. C07-04702 WHA; [OAH No. N2007050679]

To Whom It May Concern:

Enclosed with this letter -- pursuant to this afternoon's telephone conversation with Mr. Hector Portillo [spelling] of your office, in which he affirmed to me your office will accept service of process by mail -- are the following documents:

Civil Cover Sheet
Summons
Complaint
Welcome to the U.S. District Court, San Francisco
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Order for all Judges of the Northern District of California
Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup
Public Notice
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
blank Consent to Proceed Before a United States Magistrate Judge form
ECF Registration Information Handout

                                        Very truly yours,

                                        **Ruiz & Sperow, LLP**

                                        Gretchen Trupiano, secretary

enc.

**Service of Process:**
3:07-cv-04702-WHA San Rafael City Schools v. Office of Administrative Hearings
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Ruiz, Celia entered on 9/19/2007 4:21 PM and filed on 9/19/2007
**Case Name:**      San Rafael City Schools v. Office of Administrative Hearings
**Case Number:**    3:07-cv-4702
**Filer:**          San Rafael City Schools
**Document Number:** 5

**Docket Text:**
CERTIFICATE OF SERVICE by San Rafael City Schools *of Summons, Complaint, etc. on Office of Administrative Hearings* (Ruiz, Celia) (Filed on 9/19/2007)

**3:07-cv-4702 Notice has been electronically mailed to:**

David Ernest Lyon    dlyon@ruizlaw.com

Celia M. Ruiz    cmruiz@ruizlaw.com, gtrupiano@ruizlaw.com

**3:07-cv-4702 Notice has been delivered by other means to:**

Celia Martinez Ruiz
Ruiz & Sperow LLP
2000 Powell St #1655
Emeryville, CA 94608

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** S:\CompanyData\WPDOCS\CLIENTS\91-94\Pldgs\posoah.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/19/2007] [FileNumber=3762959-0]

[aeefd3c2f8ac8d773565f4068c9e76843c71d7deaee1ddaf568d21733180173055430
58f7aa880ca663e5aa751abc272821119be75c047fbd3298d5787865cd1]]

1  CELIA M. RUIZ, SBN 87671
   DAVID E. LYON, SBN 133065
2  RUIZ & SPEROW, LLP
   2000 Powell Street, No. 1655
3  Emeryville, CA 94608
   Telephone: 510 594-7980
4  Fax: 510 594-7988

5  Attorneys for Respondent SAN RAFAEL CITY SCHOOLS

6
7
8           UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF CALIFORNIA
9
10
11

12  SAN RAFAEL CITY SCHOOLS,           ) Case No. C07-04702
                                        )
13          Plaintiff,                  ) (California State Office of
                                        ) Administrative Hearings – Special
14  vs.                                 ) Education Division No. N2007050679)
                                        )
15  OFFICE OF ADMINISTRATIVE            ) **PROOF OF SERVICE**
    HEARINGS,                           ) **SUMMONS, COMPLAINT, etc. ON**
16                                      ) **T.M., a Minor, Real Party in Interest**
            Defendants,                 )
17                                      )
            and                         )
18                                      )
    T.M., a minor,                      )
19                                      )
            Real Party in Interest.     )
20  _____)

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

PROOF OF SERVICE
Case No. C07-04702                     1              S:\CompanyData\WPDOCS\CLIENTS\91-94\Pldgs\Proof Serv 091807.wpd

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]    *Gretchen Trupiano*    DATE: 9/18/2007 |
| Name of SERVER: *Gretchen Trupiano*    TITLE: *Secretary* |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Per emailed instructions attached, sent by U.S. mail to counsel for real party in interest*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/18/2007
Date

Signature of Server: *Gretchen Trupiano*

Address of Server: *Ruiz + Sperow LLP*
*2000 Powell St #1655*
*Emeryville, CA 94608*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**From:** Pegthelawyer@aol.com [mailto:Pegthelawyer@aol.com]
**Sent:** Sunday, September 16, 2007 3:20 PM
**To:** David Lyon
**Subject:** Re: 9194 Mellor appeal

I will accept service by regular mail.  We can discuss the particulars once I read the complaint.


Peggy Broussard

**Service of Process:**
3:07-cv-04702-WHA San Rafael City Schools v. Office of Administrative Hearings
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Ruiz, Celia entered on 9/18/2007 5:22 PM and filed on 9/18/2007
**Case Name:**      San Rafael City Schools v. Office of Administrative Hearings
**Case Number:**    3:07-cv-4702
**Filer:**          San Rafael City Schools
**Document Number:** 4

**Docket Text:**
CERTIFICATE OF SERVICE by San Rafael City Schools *Summons, Complaint, etc. on T.M., a minor, Real Party in Interest* (Ruiz, Celia) (Filed on 9/18/2007)


**3:07-cv-4702 Notice has been electronically mailed to:**

David Ernest Lyon    dlyon@ruizlaw.com

Celia M. Ruiz    cmruiz@ruizlaw.com, gtrupiano@ruizlaw.com

**3:07-cv-4702 Notice has been delivered by other means to:**

Celia Martinez Ruiz
Ruiz & Sperow LLP
2000 Powell St #1655
Emeryville, CA 94608

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** S:\CompanyData\WPDOCS\CLIENTS\91-94\Pldgs\pos.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/18/2007] [FileNumber=3759556-0]

[95e8c3b49863dea40a9b82e2f00df0d5f4bafaeec9748968117a8500368880fbace39
6d73ebdaef7a9378629548503e728c330dd570845144e049b5eeca17792]]