# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

San Rafael City Schools

Plaintiff(s),

v.

Office of Administrative Hearings

Defendant(s).

T.M., a minor, Real Party in Interest.

CASE NO. C07-04702

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David E. Lyon | Plaintiff | 510 594-7980 | dlyon@ruizlaw.com |
| Margaret Broussard | Real Party in Interest | 916 722-2370 | pegthelawyer@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/26/2007

Attorney for Plaintiff

Dated: _____

Attorney for Defendant

Rev 12.05

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Powell Street, Suite 1655, Emeryville, California 94608. On November 1, 2007, I caused the following document(s) in U.S.D.C. N.Ca. Case No. C07-04702, referred to as *San Rafael City Schools v. Office of Administrative Hearings, T.M., a minor, Real Party in Interest*, to be served by the method indicated below:

Noticeof Need for ADR Phone Conference

☒ by transmitting via facsimile on this date from fax number 510-594-7988 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Emeryville, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☒ by transmitting via email to the person(s) at the email address(es) listed below.

Margaret M. Broussard
The Law Office of Margaret Broussard
7909 Walerga Road
Suite 112, PMB 1157
Antelope, CA 95843
(916) 722-2801
pegthelawyer@aol.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 1, 2007, at Emeryville, California.

_____
Gretchen Trupiano

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO              2729
DEPT. ID              0009300
RECIPIENT ADDRESS     19167222801
DESTINATION ID
ST. TIME              11/01 15:17
TIME USE              01'09
PAGES SENT            2
RESULT                OK
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

San Rafael City Schools

                Plaintiff(s),

                v.

Office of Administrative Hearings

                Defendant(s).

T.M., a minor, Real Party in Interest.

CASE NO. C07-04702

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David E. Lyon | Plaintiff | 510 594-7980 | dlyon@ruizlaw.com |
| Margaret Broussard | Real Party in Interest | 916 722-2370 | pegthelawyer@aol.com |