1  CELIA M. RUIZ, SBN 87671
   DAVID E. LYON, SBN 133065
2  RENE SANCHEZ, SNB 242122
   RUIZ & SPEROW, LLP
3  2000 Powell Street, No. 1655
   Emeryville, CA 94608
4  Telephone: 510 594-7980
   Fax: 510 594-7988
5
   Attorneys for Respondent SAN RAFAEL CITY SCHOOLS
6

7           **UNITED STATES DISTRICT COURT FOR THE**
               **NORTHERN DISTRICT OF CALIFORNIA**
8

9  SAN RAFAEL CITY SCHOOLS                    )   Case No. C07-04702
                                              )
10         Plaintiff,                         )   **DECLARATION OF DAVID**
                                              )   **LYON IN SUPPORT OF**
11  vs.                                       )   **MOTION TO COMPEL**
                                              )   **ALTERNATIVE DISPUTE**
12  OFFICE OF ADMINISTRATIVE HEARINGS,        )   **RESOLUTION AND FOR**
                                              )   **EXTENSION OF TIME TO**
13         Defendant,                         )   **FILE MOTION FOR SUMMARY**
                                              )   **JUDGMENT**
14         and                                )
                                              )   Date:   December 20, 2007
15  T.M., a minor,                            )   Time:   8:00 a.m.
                                              )   Dept.:  Courtroom 9, 19th Floor
16         Real Party in Interest             )           450 Golden Gate Avenue
                                              )           San Francisco, CA 94102
17  _____  )           Hon. William Alsup

18
19      I, David Lyon, hereby declare:

20      1. I am associated with the law firm of Ruiz & Sperow, counsel of record for Plaintiff San

21  Rafael City Schools ("the District") in this matter. The following is known to me based upon personal

22  knowledge or based on information and belief which I believe to be true and correct. If called as a

23  witness, I could and would competently testify thereto.

24      2. This complaint constitutes an appeal, pursuant to 20 U.S.C. § 1415(i)(2)(A), of the decision

25  (the "administrative decision") of the OFFICE OF ADMINISTRATIVE HEARINGS ("OAH"), dated

26  August 13, 2007, regarding the due process complaint brought by T.M. ("the student"), a special

27  education student, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400,

28  *et seq.*, and enacting California statutes, Education Code Sections 56000, *et seq.* A true and correct

*(left margin, vertical text)* RUIZ & SPEROW, LLP · ATTORNEYS AT LAW · WATERGATE III · 2000 POWELL STREET, SUITE 1655 · EMERYVILLE, CA 94608 · TEL: (510) 594-7980

copy of the decision is attached hereto as Exhibit A.

2. I have participated in this matter from its inception, including participation in a mediation preceding the underlying due process hearing, the hearing itself and preparation of post-hearing briefs. In addition, I have initiated and pursued settlement discussions with counsel for Real Party In Interest, T.M. ("Real Party").

3. Based upon my experience in this matter and familiarity with the dynamics between the parties, I do not believe that the parties will be able to successfully reach a resolution of this matter through direct negotiation with each other. At the same time, I believe that this matter is one that a skilled mediator or other third party would have a very good chance of resolving, and thus believe that this matter would greatly benefit from an order compelling participation in an alternative dispute resolution procedure.

4. Attached hereto as Exhibit 1 is a true and correct copy of the order of this court dated October 1, 2007, withdrawing a prior referral of this matter to the ADR Multi-Option Program, establishing a brief schedule for summary judgment motions, and other provisions.

I hereby declare under penalty of perjury of the laws of the state of California that the foregoing is true and correct and that this Declaration was executed on November 5, 2007 in Emeryville, California.

RUIZ & SPEROW, LLP
ATTORNEYS AT LAW
WATERGATE III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
TEL: (510) 594-7980

EXHIBIT A

E-Filing

1    THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    PROCEDURAL ORDER IN ACTIONS FOR REVIEW ON AN ADMINISTRATIVE RECORD

5

6    CASE NO. _____07 - 4702_____

7    TO THE PARTIES AND COUNSEL OF RECORD IN THE ABOVE ACTION:

8            The above action seeks a review per of a decision by the Office of Administrative Hearings

9    (OAH) pursuant to 20 U.S.C. § 1415(i)(2)(A) . The parties are reminded that the Court's jurisdiction

10   is limited to reviewing the administrative record to determine whether the decision is supported by

11   substantial evidence in the record, and whether the OAH complied with the requirements of the

12   statutes in reaching the decision reviewed.

13           IT IS HEREBY ORDERED that the referral to the ADR Multi-Option Program is withdrawn

14   and all presently scheduled dates are vacated.  Pursuant to Civil L.R. 16-5, IT IS FURTHER

15   ORDERED that :

16           1.  Defendant shall serve and file an answer, together with a certified copy of the transcript of

17   the administrative record, within ninety days of receipt of service of the summons and complaint.

18           2.  Plaintiff shall serve and file a motion for summary judgment or for remand within thirty

19   days of service of defendant's answer.

20           3.  Defendant shall serve and file any opposition or counter-motion within thirty days of

21   service of plaintiff's motion.

22           4.  Plaintiff may serve and file a reply within fourteen days of service of defendant's

23   opposition or counter-motion.

24           5.  Unless the court orders otherwise, upon the conclusion of this briefing schedule, the

25   matter will be deemed submitted for decision without oral argument.

26

27   DATED: __October 1, 2007__

28

WILLIAM ALSUP

UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1