CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
RUIZ & SPEROW, LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988

Attorneys for Respondent SAN RAFAEL CITY SCHOOLS

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>Defendant,<br><br>and<br><br>T.M., a minor,<br><br>Real Party in Interest | Case No. C07-04702<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ALTERNATIVE DISPUTE RESOLUTION AND FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 20, 2007<br>Time: 8:00 a.m.<br>Dept.: Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Hon. William Alsup |

The Motion of Plaintiff San Rafael City Schools ("the District") to compel Real Party In Interest, T.M. ("Real Party") to participate in this court's Alternative Dispute Resolution Multi-Option Program came on for regularly scheduled hearing on December 20, 2007, at 8:00 a.m. in Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, before the Hon. William Alsup.

Appearing on behalf of the District was David E. Lyon, Esq. Appearing on behalf of Real Party In Interest was Margaret Broussard, Esq. There was no appearance by Defendant Office of Administrative Hearings.

Having considered the pleadings filed both in support of and in opposition to this motion, and good cause appearing,

1  IT IS HEREBY ORDERED THAT:

2      1. That the District and Real Party shall select and participate in one of the alternative dispute
3  resolution matters provided by this court at a mutually agreed upon time no later than January ___,
4  2007.

5      2. That the due date for the summary judgement motion to be brought by the District pursuant
6  to this court's order of October 1, 2007 shall be extended until thirty days from the date the alternative
7  dispute resolution procedure occurs.

8  IT IS SO ORDERED.

9  Date: December ___, 2007                                    _____

                                                                           Hon. William J. Alsup

RUIZ & SPEROW, LLP
ATTORNEYS AT LAW
WATERGATE III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
TEL.: (510) 594-7980