Margaret M. Broussard (SBN 219251)
7909 Walerga Road,
Suite 112, PMB 1157
Antelope, CA 95843
tel (916) 722-2370
fax (916) 722-2801

Attorney for
T.M..

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS | CASE NO. C07-04702WHA |
| | **[PROPOSED] ORDER DENYING MOTION TO COMPEL ALTERNATIVE DISPUTE RESOLUTION AND DENYING EXTENSION FOR DUE DATE FOR FILING OF SUMMARY JUDGEMENT MOTION** |
| v. | |
| OFFICE OF ADMINISTRATIVE HEARINGS | Date: December 20, 2007 |
| Defendant, and | Time: 8:00 am |
| T.M., a minor, | Dept: Courtroom 9, 19th Floor |
| Real Party in Interest. | 450 Golden Gate Avenue |
| / | San Francisco, CA 94102 |
| | Hon. William Alsup |

The Motion of Plaintiff San Rafael City Schools ("the District") to compel Real Party in Interest, T.M. ("Real Party") to participate in this court's Alternative Dispute Resolution Multi-Option Program came on for regularly scheduled hearing on December 20, 2007, at 8:00 a.m. in Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, before the Hon. William Alsup.

Appearing on behalf of the District was David E. Lyon, Esq. Appearing on behalf of Real Party in Interest was Margaret Broussard, Esq. There was no appearance by Defendant Office of Administrative Hearings.

Having considered the pleadings filed in both support and in opposition to this motion,

and good cause appearing,

    IT IS HEREBY ORDERED THAT:

1. The Motion to Compel participation in the Alternative Dispute Multi-Option Program is denied.

2. The Motion for Extension of the due date for the Summary Judgement Motion is denied.

    IT IS SO ORDERED

Dated: December   , 2007        By: _____

                                    Hon. William J. Alsup