Margaret M. Broussard (SBN 219251)
7909 Walerga Road,
Suite 112, PMB 1157
Antelope, CA 95843
tel (916) 722-2370
fax (916) 722-2801

Attorney for
T.M..

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS | CASE NO. C07-04702WHA |
| Plaintiff, | ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED<br>Civil L.R. 7-11 |
| v. | |
| OFFICE OF ADMINISTRATIVE HEARINGS | |
| Defendant, and | |
| T.M., a minor, | |
| Real Party in Interest. | |

This administrative motion to consider whether cases are related involves U.S.D.C.N.Ca. Case No. C07-04702 WHA, as the earlier filed case, and U.S.D.C.N.Ca. Case No. C07-05751 BZ, as the later filed case. Case No. C07-04702 WHA represents an appeal by the San Rafael City Schools of an administrative decision issued August 13, 2007 and clarified on September 14, 2007. Case No. C07-05751 BZ involves an appeal of the same underlying case by T.M., the student in the underlying administrative hearing. Both cases concern the same parties, and appeal the same administrative hearing decision. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges as any decision will require review of the underlying hearing decision, transcripts and evidence.

THEREFORE, T.M. respectfully submits this Motion to Consider whether Case No. C07-04702 WHA and Case No. C07-05751 BZ are related.

Respectfully submitted,

MARGARET M. BROUSSARD

Attorney for Real Party in Interest, T.M.

Dated: November 26, 2007     By:  /s/ _____

Margaret M. Broussard