Margaret M. Broussard (SBN 219251)
7909 Walerga Road,
Suite 112, PMB 1157
Antelope, CA 95843
tel (916) 722-2370
fax (916) 722-2801

Attorney for
T.M..

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN RAFAEL CITY SCHOOLS                    CASE NO.C07-04702WHA

                                          NOTICE OF LODGING OF
v.                                         ADMINISTRATIVE RECORD

OFFICE OF ADMINISTRATIVE
HEARINGS
            Defendant, and

T.M., a minor,
            Real Party in Interest.
_____/

        T.M. hereby gives notice of Lodging of the Administrative Record on November 27, 2007.


            Respectfully submitted,


                                          MARGARET M. BROUSSARD


                                          Attorney for Real Party in Interest, T.M.


Dated: November 26, 2007        By:    /s/_____

                                       Margaret M. Broussard