**PROOF OF SERVICE**

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 7909 Walerga Road, Suite 112, PMB 1157, Antelope, CA 95843. On December 5, 2007, I caused the following documents in U.S.D.C.N.D.Ca. Case No. C07-04702, referred to as San Rafael City Schools vs. Office of Administrative Hearings, et,al. And T.M. a minor, Real Party in Interest, to be served by the method indicated below:

TRANSCRIPT AND RECORD FOR ADMIN HEARING

[ ]    by transmitting via facsimile on this date from fax number 916-722-2801 the documents listed above to the fax numbers set forth below. The transmission was completed and was reported complete and without error. The transmitting fax machine complies with Cal. R.Ct. 2003(3).

[ ]    by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Antelope, Ca. addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the US Postal Service on that same day with postage thereon fully pre-paid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]    by placing the documents listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

[X]    by personally delivering the documents listed above to the person(s) at the address(es) set forth below.

[ ]    by placing the documents listed above in sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]    by transmitting via email to the person(s) at the email address listed below.

David Lyon
Ruiz and Sperow LLP
2000 Powell Street, No. 1655
Emeryville, CA 94608
510-594-7988
dlyon@ruizlaw.com

  I declare under penalty of perjury under the laws of the State of California that the above is true and corrected.

Executed on December 5, 2007 at Antelope, California

                   _____/s/_____
                   Margaret M. Broussard