CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
OK-HEE SHIM, SBN 240998
RUIZ & SPEROW, LLP
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: 510-594-7980
Fax: 510-594-7988

Attorneys for Plaintiff
SAN RAFAEL CITY SCHOOLS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>  Defendant.<br><br>Related Case:<br><br>T.M., a minor,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN RAFAEL CITY SCHOOLS,<br><br>  Defendant. | Case No. C07-04702 WHA<br>Related Case No. C07-5751 WHA<br><br>[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF FOR COORDINATION AND CLARIFICATION OF BRIEFING SCHEDULE (Local Rules 7.11, 6.3)<br><br>Date: December 5, 2007<br>Location: Courtroom 9<br>Judge: The Honorable William H. Alsup |

Plaintiff San Rafael City Schools ("the District") motion for administrative relief came before this court pursuant to Local Rules 7-11 and 6-3. to (1) set a coordinated briefing schedule for this matter ("District's appeal"), and for the related case of *T.M. v. San Rafael City Schools*, Case No. C07-5751 WHA ("Real Party's appeal"); or (2) to affirm that the 30-day period to file motions for summary judgment be triggered when all the documents that were to be served with the answer of

1  T.M, ("Real Party") were properly served. After having consider the District's Motion and supporting

2  papers, as well as all papers submitted in opposition to this motion, and good cause appearing,

3  IT IS HEREBY ORDERED:

4  1. That the District's Motion for Administrative Relief is GRANTED, and this court's October 1,

5  2007, *Procedural Order in Actions for Review On an Administrative Record* ("Scheduling Order")

6  is hereby amended to provide:

7  a. that the District shall file and serve an answer to Real Party's complaint on ___.

8  b. that the District and Real Party shall each file summary judgment motions or motions for remand

9  in support of their respective complaints on _____, oppositions to such motions shall be filed on

10  ____, and any replies shall be filed on ____.

11  c. that unless otherwise further ordered, there shall be no oral argument for such motions.

12  [Alternatively, 1. That the District's Motion for Administrative Relief is GRANTED in part, in that

13  the District's motion for summary judgment shall be served and filed on or before January 4, 2008.]

14  IT IS SO ORDERED.

_____

Hon. William H. Alsup

MOTION FOR ADMIN. RELIEF
Case Nos. C07-04702 WHA/C07-5751 WHA         2