1  CELIA M. RUIZ, SBN 87671
   DAVID E. LYON, SBN 133065
2  OK-HEE SHIM, SBN 240998
   RUIZ & SPEROW, LLP
3  2000 Powell Street, Suite 1655
   Emeryville, CA 94608
4  Telephone: 510-594-7980
   Fax: 510-594-7988
5
   Attorneys for Plaintiff
6  SAN RAFAEL CITY SCHOOLS

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SAN RAFAEL CITY SCHOOLS            )   Case No. C07-04702 WHA
                                      )   Related Case No. C07-5751 WHA
           Plaintiff,                 )
12                                    )
13 v.                                 )   [PROPOSED] ORDER ON MOTION FOR
                                      )   STAY OF ADMINISTRATIVE JUDGMENT
14 OFFICE OF ADMINISTRATIVE HEARINGS, )   AND FOR RELIEF FROM BOND
                                      )   REQUIREMENT; ALTERNATIVELY,
15         Defendant.                 )   MOTION TO SET AMOUNT OF BOND
                                      )
16 _____  )
                                      )
17 T.M., a minor,                     )
                                      )
18         Plaintiff,                 )
                                      )
19 v.                                 )   Date:     January 10, 2007
                                      )   Time:     8:00 a.m.
20 SAN RAFAEL CITY SCHOOLS,           )   Location: Courtroom 9, 19th Floor
                                      )             450 Golden Gate Avenue
21         Defendant.                 )             San Francisco, California 94102
                                      )   Judge: The Honorable William H. Alsup
22 _____  )

23      The Motion of Plaintiff San Rafael City Schools ("the District") for a stay of the decision of

24 the California Office of Administrative Hearings, Special Education Division, dated August 13, 2007,

25 in the matter of *Student v. San Rafael City Schools*, No. N200705067, and for relief from requirement

26 to post a bond came on for regularly scheduled hearing on November 15, 2007, at 8:00 a.m. in

27 Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden

28 Gate Avenue, San Francisco, California, 94102, before the Hon. William Alsup.

[PROPOSED] ORDER ON MOTION FOR STAY
Case Nos. C07-04702 WHA/C07-5751 WHA          1

Appearing on behalf of the District was David E. Lyon, Esq. Appearing on behalf of Real Party In Interest was Margaret Broussard, Esq. There was no appearance by Defendant Office of Administrative Hearings.

Having considered the pleadings filed both in support of and in opposition to this motion, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The decision of the Office of Administrative Hearings, dated August 13, 2007, in the matter of Student v. San Rafael City Schools, No. N2007050679, is stayed.

2. The District shall not be required to post a bond pending this appeal.

[alternatively, 2. The District shall post a bond in the amount of $___ by _____.]

IT IS SO ORDERED.

Date: January ___, 2008

_____
The Honorable WILLIAM H. ALSUP,
Judge, UNITED STATES DISTRICT COURT