United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN RAFAEL CITY SCHOOLS,

    Plaintiff,

  v.

OFFICE OF ADMINISTRATIVE HEARINGS,

    Defendant.
                                         /

No. C 07-04702 WHA
Related Case No. C 07-5751

**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF AND MOTION TO COMPEL**

*San Rafael City Schools v. Office of Administrative Hearings* (Case No. 07-04702) and *T.M. v. San Rafael City Schools* (Case No. 07-5751) are related. The case management conference for *T.M. v. San Rafael City Schools* previously set for February 14, 2007, is hereby advanced to **DECEMBER 20, 2007**, which is the date of the case management conference for *San Rafael City Schools v. Office of Administrative Hearings*. This way, a coordinated approach may be adopted with respect to the cross-appeals for the same administrative decision of the California Office of Administrative Hearings. At the case management conference on December 20, the Court will consider plaintiff's motion for administrative relief for coordination and clarification of briefing schedule in *San Rafael City Schools v. Office of Administrative Hearings*. The motion to compel will continue to be heard at 8:00 a.m. on December 20, 2007. The case management conference will occur at the same time. All recipients of this order shall inform all the parties to both cases to make sure all parties to the question appear on December 20. Two days before the hearing, the parties shall submit a joint

case management conference statement. The existing scheduling order shall not be changed, if at all, until the hearing on December 20. Counsel shall continue their preparations accordingly.

**IT IS SO ORDERED.**

Dated: December 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE