1  Margaret M. Broussard (SBN 219251)
   7909 Walerga Road,
2  Suite 112, PMB 1157
   Antelope, CA 95843
3  tel (916) 722-2370
   fax (916) 722-2801

Attorney for
T.M..

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS | CASE NO.C07-04702WHA<br>Related Case 3:07-5751<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO COORDINATE BRIEFING SCHEDULES AND AFFIRMING MOTION TO CLARIFY BRIEFING SCHEDULE** |
| v. | |
| OFFICE OF ADMINISTRATIVE HEARINGS<br>            Defendant, and<br><br>T.M., a minor,<br>            Real Party in Interest.<br>_____/ | Date:   December 20, 2007<br><br>Time: 8:00 am<br><br>Dept: Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hon. William Alsup |

    The Motion of Plaintiff San Rafael City Schools ("the District") for Administrative relief for coordination and clarification of briefing schedules came on for regularly scheduled hearing on December 20, 2007, at 8:00 a.m. in Courtroom 9 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, before the Hon. William Alsup.

    Appearing on behalf of the District was David E. Lyon, Esq. Appearing on behalf of Real Party in Interest was Margaret Broussard, Esq. There was no appearance by Defendant Office of Administrative Hearings.

    Having considered the pleadings filed in both support and in opposition to this motion,

and good cause appearing,

    IT IS HEREBY ORDERED THAT:

1. The Motion to Coordinate briefing schedules is denied. Both cases will proceed under Local Rule 16-5 with due dates as required under Local Rule 16-5.

2. The Motion to clarify Briefing Schedule is granted and the District's motion for Summary Judgement is due January 4, 2007.

    IT IS SO ORDERED

Dated: December    , 2007        By: _____

                                             Hon. William J. Alsup