IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN RAFAEL CITY SCHOOLS,

    Plaintiff,

v.

OFFICE OF ADMINISTRATIVE HEARINGS,

    Defendant,

  and

T.M., a minor,

    Real Party in Interest.
                                  /

No. C 07-04702 WHA

Related to:

No. C07-05751 WHA

**CASE MANAGEMENT ORDER AND REFERENCE TO ADR UNIT FOR MEDIATION**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

1. By **JANUARY 11, 2008**, all parties shall agree upon an administrative record and make sure it is fully lodged with the court. It must be indexed or Bates stamped in such a manner as to allow the Court to find the materials referenced.

2. Both sides' appeals shall proceed simultaneously and be, in effect, cross-appeals.

3. The opening submission shall be limited to 25 pages per side and is due at **NOON ON JANUARY 31, 2008**. The opposition shall be limited to 25 pages and is due at **FEBRUARY 14**. The reply is due **FEBRUARY 21** and is limited to ten pages per side. The hearing shall be at **8:00 A.M. ON MARCH 6, 2008**.

4. This case is **REFERRED** to the **ADR UNIT** for **MEDIATION**. The prior order exempting this case from ADR is **VACATED**.

5. The foregoing addresses all pending motions. To the extent anything is overlooked, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE