# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>December 20, 2007</u>

Case No.  <u>C 07-04702 WHA</u>
          <u>C 07-05751 WHA</u>

Title: <u>SAN RAFAEL CITY SCHOOLS</u>  v. <u>OFFICE OF ADMN HEARINGS</u>
      <u>TM</u> v. <u>SAN RAFAEL CITY SCHOOLS DISTRICT</u>

Plaintiff Attorneys: David Lyon

Defense Attorneys: Margaret Broussard; Ok'Hee Shim

Deputy Clerk: <u>Dawn Toland</u>              Court Reporter: <u>Joan Columbini</u>


**PROCEEDINGS**

1)   <u>  Motion for Summary Judgment - Taken Under Submission             </u>

2)   <u>  CMC - HELD                                              </u>


Continued to  <u>**3/6/08 at 8:00 am**</u>  for Motion

Continued to __for Pretrial Conference

Continued to __for Jury Trial


**ORDERED AFTER HEARING:**

Parties shall correct the Administrative Record by 1/11/08.  Cross-Motions shall be filed by 1/31/08; oppositions shall be filed by 2/14/08 (25 pages); and replies by 2/21/08 (10 pages).