Margaret M. Broussard (SBN 219251)
7909 Walerga Road
Suite 112, PMB 1157
Antelope, CA 95843
Tel (916) 722-2370
Fax(916) 722-2801

Attorney for T.M., Real Party in Interest

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN RAFAEL CITY SCHOOLS | ) | Case No. C:07-04702 WHA |
| | ) | Related Case C:07-05751 WHA |
| | ) | |
| | ) | **STATEMENT OF NON-OPPOSITION** |
| | **)** | **TO MOTION FOR** |
| | **)** | **STAY OF ADMINISTRATIVE** |
| Plaintiff, | **)** | **JUDGEMENT AND FOR RELIEF OF** |
| | **)** | **BOND REQUIREMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICE OF ADMINISTRATIVE HEARINGS | ) | |
| Defendant, and | ) | |
| | ) | |
| T.M., a minor, | ) | |
| | ) | |
| Real Party in Interest | ) | |

_____/

T.M, the Real Party in Interest, does not oppose this motion.

Dated: December 31, 2007                    /S/

                                   _____
                                   Margaret M. Broussard