IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS,<br><br>             Plaintiff,<br><br>   v.<br><br>OFFICE OF ADMINISTRATIVE<br>HEARINGS,<br><br>             Defendant.<br>                                                     / | No. C 07-04702 WHA<br>Related Case No. 07-5751 WHA<br><br><br>**ORDER GRANTING MOTION FOR**<br>**STAY OF ADMINISTRATIVE**<br>**JUDGMENT AND FOR RELIEF**<br>**FROM BOND REQUIREMENT** |

Plaintiff moves for an order staying enforcement of the judgment of the Special Education Division of the California Office of Administrative Hearings in the matter of Case No. N2007050679, *Student v. San Rafael City Schools*, pending the disposition of this action brought by plaintiff in appeal from that decision. Plaintiff also moves for relief from any requirement to post bond. T.M., the real party in interest, filed a statement of non-opposition to this motion (Dkt. 35). The motion is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated:  January 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE