CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
RUIZ & SPEROW, LLP
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: 510-594-7980
Fax: 510-594-7988
Attorneys for Plaintiff/Cross-Defendant
SAN RAFAEL CITY SCHOOLS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS<br><br>    Plaintiff,<br>v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendant.<br><br>T.M., a minor<br>    Real Party in Interest<br><br>and RELATED CROSS-ACTION | Case No. C07-04702 WHA<br>Related Case No. C07-5751 WHA<br><br>**NOTICE OF LODGING OF CORRECTED JOINT ADMINISTRATIVE RECORD**<br><br>Date: January 11, 2008<br>Time:<br>Location: Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>Hon. William H. Alsup |

    SAN RAFAEL CITY SCHOOLS, Plaintiff herein, hereby gives notice of lodging manually with the Court Clerk, January 11, 2007, the Corrected Joint Administrative Record, consisting of pages Bates numbered OAH 0001 through OAH 2699.

Respectfully submitted,

Dated: January 14, 2007

RUIZ & SPEROW LLP

By: _____
David E. Lyon, Esq.
Attorney for Plaintiff/Cross-Defendant
SAN RAFAEL CITY SCHOOLS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Powell Street, Suite 1655, Emeryville, California 94608. On January 14, 2007, I caused the following document(s) in United States District Court, Northern District of California, Case No. C07-04702 WHA/Related Case No. C07-5751 WHA, referred to as *San Rafael City Schools, Plaintiff, v. Office of Administrative Hearings, Defendant, T.M., a minor, Real Party in Interest*, to be served by the method indicated below:

Notice of Lodging of Corrected Joint Administrative Record

☐ by transmitting via facsimile on this date from fax number 510-594-7988 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Emeryville, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the person(s) at the email address(es) listed below.

Margaret Broussard, Esq.
7909 Walerga Road, Suite 112, PMB 1157
Antelope, CA 95843
email: pegthelawyer@aol.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 14, 2007, at Emeryville, California.

*Gretchen Trupiano*
Gretchen Trupiano

PROOF OF SERVICE