CELIA M. RUIZ
JANICE L. SPEROW
ALISON C. NEUFELD
MARION L. McWILLIAMS
NICHOLAS T. CALDERON
DAVID E. LYON
LYNDON Y. CHEE
P. BOBBY SHUKLA
OKHEE SHIM
DIANNA JOU
OLUWASEUN AJAYI
MATTHEW M. NAKANO - LAW CLERK
MARIA DELGADO - LAW CLERK

OF COUNSEL:
C. MATTHEW DIDALEUSKY

**RUIZ & SPEROW, LLP**

WATERGATE TOWER III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
(510) 594-7980
FAX (510) 594-7988
http://www.ruizlaw.com
E-MAIL: RUIZLAW@RUIZLAW.COM

4305 BEVERLY DRIVE
LA MESA, CA 91941-7818
(619) 741-7593
FAX (619) 741-7594

OUR FILE NUMBER:
9194

February 4, 2008

*Via U.S. Mail & E-Mail*

Hon. William J. Alsup
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94110

   *Re: San Rafael City Schools v. Office of Administrative Hearings*, C07-4702 WHA

Dear Judge Alsup:

Following the filing of our brief, we became aware of a failure to make four typographical corrections to record references in our opening brief. They are as follows:

at p.5:20-21, the reference to 1423:2-1424:16 should be 142<u>5</u>:2-142<u>6</u>:16 and the reference to 1472:10-19 should be 1<u>3</u>72:10-19.

at p. 12:5, the reference to 1347:19-1450:4 should be 1<u>4</u>47:19-1450:4

at p. 13:1, the reference to 1386:19-24 should be 1386:19-<u>1390:22</u>

Thank you for your attention to this. We apologize for any inconvenience this may have caused.

         Very truly yours,

         Ruiz & Sperow, LLP

         David E. Lyon

cc: Margaret Broussard, Esq.