IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendant. | No. C 07-04702 WHA<br><br>**REQUEST FOR ADMINISTRATIVE ORDER RE STATUTE OF LIMITATIONS** |

T.M., a minor,

    Plaintiff,

  v.

SAN RAFAEL CITY SCHOOLS,

    Defendant.

     The parties provided the joint administrative record at Dkt. No. 38. In the administrative decision at issue, the administrative law judge wrote in a footnote, "District continues to assert that the two-year statute of limitations bars any claims flowing from the March 2005 IEP. However, District's motion in this regard was denied in a previous order. As a result, this matter deals with claims dating from May 18, 2005, two years before Student filed this matter" (OAH 1877). The Court requests that the parties indicate where the "previous order" issued by the ALJ regarding the statute of limitations issue is located in the record. If the

order has not been provided in the current record, the parties are requested to file it. Please do so by **WEDNESDAY, FEBRUARY 27, 2008**, at **NOON**. This is not a request to submit further briefing.

**IT IS SO ORDERED.**

Dated: February 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE