CELIA M. RUIZ, SBN 87671
DAVID E. LYON, SBN 133065
OKHEE SHIM, SBN 240998
RUIZ & SPEROW, LLP
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: 510-594-7980
Fax: 510-594-7988

Attorneys for Plaintiff
SAN RAFAEL CITY SCHOOLS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>　　　　Defendant.<br><hr>Related Case:<br><br>T.M., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN RAFAEL CITY SCHOOLS,<br><br>　　　　Defendant | Case No. C07-4702 WHA<br>Related Case No. C07-5751 WHA<br><br>RESPONSE TO REQUEST FOR IDENTIFICATION OF ORDER ON STATUTE OF LIMIATIONS<br><br>Date:　March 6, 2008<br>Time:　08:00 a.m.<br>Location: Courtroom 9, 19th Floor<br>Hon. William H. Alsup |

This Court has requested in an order dated February 26, 2008, that the parties indicate the location in the administrative record of the Administrative Law Judge's order on application of the statute of limitations. The ALJ's order is located at 1942-1943 of the Joint Corrected Administrative Record, and is entitled, "Order Denying Respondent's Motion to Strike, etc."

The order was issued in response to a Motion to Strike/Motion in Limine filed by Plaintiff

and Cross-Defendant San Rafael City Schools located at 1996-2000, opposed by Defendant and Cross-Plaintiff TM at 1949-1970, and replied to by the District at 1949-1970.

Dated: February 26, 2008

Respectfully submitted,

RUIZ & SPEROW

By: _____
David E. Lyon
Attorneys for Appellant/Cross-Respondent
San Rafael City Schools