CELIA M. RUIZ
JANICE L. SPEROW
ALISON C. NEUFELD
MARION L. McWILLIAMS
NICHOLAS T. CALDERON
DAVID E. LYON
LYNDON Y. CHEE
P. BOBBY SHUKLA
OKHEE SHIM
DIANNA JOU
OLUWASEUN AJAYI
MATTHEW M. NAKANO - LAW CLERK
MARIA DELGADO - LAW CLERK

OF COUNSEL:
C. MATTHEW DIDALEUSKY

**RUIZ & SPEROW, LLP**

WATERGATE TOWER III
2000 POWELL STREET, SUITE 1655
EMERYVILLE, CA 94608
(510) 594-7980
FAX (510) 594-7988
http://www.ruizlaw.com
E-MAIL: RUIZLAW@RUIZLAW.COM

4305 BEVERLY DRIVE
LA MESA, CA 91941-7818
(619) 741-7593
FAX (619) 741-7594

OUR FILE NUMBER:
9194

March 4, 2008

*Via U.S. Mail & E-Mail*

Hon. William J. Alsup
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94110

      Re: *San Rafael City Schools v. Office of Administrative Hearings*, C07-4702 WHA
      and *T.M. v. San Rafael City Schools*, C07-5751 WHA

Dear Judge Alsup:

I write to inform you on behalf of my client, San Rafael City Schools ("District"), that the parties to these two related matters, which are set for summary judgment hearing this Thursday, March 6, 2008, at 8:00 a.m., have reached a settlement in principle pursuant to court-ordered mediation conducted yesterday, March 3, 2008.

The settlement remains subject to formal approval by the governing board of the San Rafael City Schools on Wednesday, March 5, 2008 at 6:00 p.m. Formal approval is occurring at that time due to the need to convene an emergency meeting of the board, which itself is subject to strict notice requirements of acts of public agencies under California state law.

We are writing to put the court on notice of this tentative settlement and to inform the court of our intention to electronically file a stipulated dismissal of both the these actions tomorrow evening should the board approve the settlement.

Thank you for your attention to this. We apologize for any inconvenience this may cause.

                         Very truly yours,

                         Ruiz & Sperow, LLP

                         David E. Lyon

cc: Margaret Broussard, Esq. (via email)