```
 1  CELIA M. RUIZ, SBN 87671              OFFICE OF ADMINISTRATIVE
    DAVID E. LYON, SBN 133065             HEARINGS
 2  OKHEE SHIM, SBN 240998                Special Educ. Division
    RUIZ & SPEROW, LLP                    2349 Gateway Oaks Dr.
 3  2000 Powell Street, Suite 1655        Suite 200
    Emeryville, CA 94608                  Sacramento, CA 95833
 4  Telephone (510) 594-7980              (916) 263-0880
    Fax (510) 594-7988
 5
    Attorneys for Plaintiff/Cross Defendant
 6  SAN RAFAEL CITY SCHOOLS

 7  MARGARET M. BROUSSARD, SBN 219251
    LAW OFFICE OF MARGARET BROUSSARD
 8  7909 Walerga Road, Suite 112 PMB 1157
    Antelope, CA 95843
 9  Phone (916) 722-2370
    Fax (916) 722-2801
10
    Attorney for Defendant/Cross Plaintiff
11  T.M.
```

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN RAFAEL CITY SCHOOLS,** | ) Case No.: **3:07-CIV-04702 WHA** <br> ) **3:07 – CIV – 05751 WHA** |
| Plaintiff, | ) **STIPULATED REQUEST FOR** <br> ) **DISMISSAL OF RELATED ACTIONS;** |
| vs. | ) **[Proposed] ORDER** |
| **OFFICE OF ADMINISTRATIVE HEARINGS,** | ) Hearing: March 6, 2008 8:00am |
| **Defendant** | ) |
| Related Case: | ) |
| **T.M., a minor,** | ) |
| Plaintiff, | ) |
| Vs. | ) |
| **SAN RAFAEL CITY SCHOOLS** | ) |
| **Defendant** | ) |

Stipulated Request for Dismissal Case 3:07-CIV-05751 WHA, 3:07-civ- 04702 WHA – Page 2

TO THE HON. WILLIAM J. ALSUP AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms of the confidential Stipulation for Settlement ("Agreement") between Plaintiff and Cross-Defendant San Rafael City Schools ("District") and Real Party and Cross-Plaintiff T.M. ("T.M."), the District and TM stipulate to the dismissal of both of the above entitled related actions with prejudice in their entirety, with each party to bear their own costs and attorneys fees except as noted in the Agreement.

IT IS SO STIPULATED:

Dated: March 5, 2008        RUIZ & SPEROW

                            By: /s/
                            David E. Lyon
                            Attorneys for Plaintiff/Cross Defendant
                            San Rafael City Schools

Dated: March 5, 2008        LAW OFFICE OF MARGARET BROUSSARD

                            By:  /s/
                            Margaret M. Broussard
                            Attorney for Real Party/ Cross-Plaintiff
                            T.M.

---

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document
Margaret M. Broussard

Stipulated Request for Dismissal Case 3:07-CIV-05751 WHA, 3:07-civ- 04702 WHA – Page 3

[PROPOSED] ORDER

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the related actions of Case No. C07-04702 WHA, San Rafael City Schools v. Office of Administrative Hearings, and Related Case No. C07-5751 WHA, T.M. v. San Rafael City Schools, are dismissed with prejudice in their entirety and each party is to bear its own costs and fees except as noted in the Agreement between the parties.

Dated: March       , 2008        _____

                                 Hon. William J. Alsup