IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL CITY SCHOOLS, | No. C 07-04702 WHA |
| Plaintiff, | Related to: |
| v. | No. C07-05751 WHA |
| OFFICE OF ADMINISTRATIVE HEARINGS, | **REQUEST FOR NEXT TIME** |
| Defendant, | |
| and | |
| T.M., a minor, | |
| Real Party in Interest. | |

This matter was called on March 6, 2008, and no one appeared, evidently because a stipulation for dismissal had been filed the evening before and signed moments before the hearing. Counsel and parties should be aware that, prior to the hearing, the Court had prepared a 30-page draft order that addressed in excruciating detail the contentions and cross-contentions in this case. Next time, counsel should please do their best to settle their differences prior to so much work having to be done in preparation for the hearing. The many hours could have been put to good use on hundreds of other pending cases.

Dated: March 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE