## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| San Rafael City Schools,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Office of Administrative Hearings,<br><br>　　　　Defendant(s). | No. C 07-04702 WHA MED<br><br>**Certification of ADR Session** |

**Instructions**: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __MARCH 3, 2008__

2. Did the case settle?　☑ fully　☐ partially　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　☑ YES　☐ NO

Dated: __MARCH 6, 2008__　　_/s/ Jay Folberg_
　　　　　　　　　　　　　　Mediator, H. Jay Folberg
　　　　　　　　　　　　　　JAMS
　　　　　　　　　　　　　　Two Embarcadero Center, 15th Fl.
　　　　　　　　　　　　　　San Francisco, CA 94111

**Certification of ADR Session**
07-04702 WHA MED